# SUPERIOR COURT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| Com. v. Wright | 766 EDA 2015 Affirmed | 12/01/2016 | CP–51–CR–0001845–2013 (Philadelphia) |
| In the Interest of: A.A. | 1006 EDA 2016 Affirmed | 12/01/2016 | No. CP–64–DP–2–2014 (Wayne) |
| Com. v. Demark | 957 MDA 2015 Vacated and Remanded | 12/01/2016 | CP–40–CR–0001901–2014 (Luzerne) |
| Castillo v. Kelly | 36 MDA 2016 Affirmed | 12/01/2016 | 10136–2013 (Luzerne) |
| Com. v. Tyma | 1908 WDA 2015 Affirmed | 12/01/2016 | CP–02–CR–0002031–2011 CP–02–CR–0002032–2011 CP–02–CR–0002034–2011 CP–02–CR–0002564–2011 CP–02–CR–0002583–2011 CP–02–CR–0004424–2011 CP–02–CR–0004600– |